UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN NEAZER,<br><br>    Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE CO. OF NORTH AMERICA,<br><br>    Defendants. | CASE NO. CV 07-08052-MMM(OPx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: March 12, 2008

                                   *Margaret M. Morrow*
                                 MARGARET M. MORROW
                           UNITED STATES DISTRICT JUDGE